**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Kevin DOUCETTE, Defendant–Appellant.**

**No. 12–50370.**

United States Court of Appeals, Ninth Circuit.

Argued and Submitted Oct. 9, 2013.

Filed Nov. 12, 2013.

Jean–Claude Andre, Assistant U.S., Stephanie Christensen, Assistant U.S., Curtis A. Kin, Esquire, Assistant U.S., Eric Vandevelde, Office of the U.S. Attorney, Los Angeles, CA, for Plaintiff–Appellee.

Marilyn Bednarski, Esquire, Kaye, McLane, Bednarski & Litt, LLP, Pasadena, CA, for Defendant–Appellant.

* This disposition is not appropriate for publication and is not precedent except as provided

Before: REINHARDT, KLEINFELD, and CHRISTEN, Circuit Judges.

MEMORANDUM *

Kevin Doucette appeals the district court's order denying his motion for reduction of sentence under 18 U.S.C. § 3582(c)(2). We have jurisdiction pursuant to 28 U.S.C. § 1291. We review de novo whether a district court may modify an otherwise final sentence under § 3582. *United States v. Wesson*, 583 F.3d 728, 730 (9th Cir.2009). We affirm.

Section 3582(c)(2) allows modification of a term of imprisonment when: (1) the sentence is based on a sentencing range that has subsequently been lowered by the Sentencing Commission; and (2) such reduction is consistent with applicable policy statements issued by the Sentencing Commission. *Id.* Doucette argues that he is eligible for a sentence reduction under Amendment 750, which made permanent earlier modifications to the drug quantity table in United States Sentencing Guideline ("U.S.S.G.") § 2D1.1 for offenses involving crack cocaine. But Doucette was sentenced as a career offender pursuant to U.S.S.G. § 4B1.1. Therefore, his sentence was not based on a Guideline range that has been lowered, and was ineligible for modification under § 3582. *See* 18 U.S.C. § 3582(c)(2); *Wesson*, 583 F.3d at 731–32.

Because Doucette cannot satisfy the first requirement for a sentence modification under § 3582(c)(2), we need not con-

by 9th Cir. R. 36–3.

sider Doucette's ex post facto challenge to U.S.S.G. § 1B1.10—the Guideline that sets out the policy statements relevant to the second requirement for a sentence modification under § 3582(c)(2).

**AFFIRMED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.